Decided December 4, 1996

CHARLES S. CYBULSKI *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF ENFIELD ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 43 Conn. App. 105 (AC 13704), is denied.

*James W. Sherman*, in support of the petition.

*Timothy S. Hollister*, in opposition.

Decided December 4, 1996